**Earl W. TAYLOR, Petitioner v. R. M. DUNCAN, Judge of the United States District Court for the Western District of Missouri.**

No. 14357.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Mandamus against respondent denied for want of jurisdiction.

**Earl W. TAYLOR, Petitioner, v. R. M. DUNCAN, Judge of the United States District Court for the Western District of Missouri.**

No. 14363.

United States Court of Appeals
Eighth Circuit.

May 10, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Mandamus to direct respondent to file civil damage action, etc., denied.

**UNITED STATES of America, Appellant v. Bert F. LEWIS.**

No. 14345.

United States Court of Appeals
Eighth Circuit.

May 3, 1951.

Leo P. Flynn, U.S. Atty., Sioux Falls, S. D., for appellant.

Bangs & McCullen, Rapid City, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

**UNITED STATES of America, Appellant v. Leopold ROSENAL, Administrator of the Estate of Bernard Rosenal, deceased, on behalf of the next of kin of Bernard Rosenal, deceased, and Leopold Rosenal, Administrator of the Estate of Bernard Rosenal, deceased, on behalf of the Estate of Bernard Rosenal, deceased.**

No. 10434.

United States Court of Appeals
Third Circuit.

Argued June 22, 1951.

Decided June 25, 1951.

W. Wendell Stanton, Asst. U. S. Atty., Pittsburgh, Pa. (Edward C. Boyle, U. S. Atty., Pittsburgh, Pa., on the brief), for appellant.

No oral argument for appellees (E. V. Buckley, Mercer & Buckley, and Charles J. Spinelli, all of Pittsburgh, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The judgment of the court below, 94 F. Supp. 1004, will be affirmed.